■ MAX ROSENSTOCK v. KIAMESHA CONCORD, INC., et al.— Motion to dismiss appeal granted, with $10 costs unless the appellants procure the record on appeal and appellants' points to be filed and served on or before February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ DOROTHY HAMID v. MARIO LALLI et al.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for defendants-respondents and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ MARTINA LAI v. MIGUEL VARGAS.— Motion to discontinue the appeal taken from the "judgment" of the Supreme Court, New York County, entered on September 30, 1960 granted. That branch of the motion seeking leave to appeal as a poor person from the judgment of the Supreme Court, New York County, entered on December 28, 1961 granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for defendant-respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. The orders of this court, entered on September 26, 1961, are vacated. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ GRACE CAPECE v. JOSEPH BEADLE.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 21, 1962, with notice of argument for March 6, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of ALONZO H. KING, Deceased. JOHN MEEHAN, Appellant; ANDREW H. KING, Respondent.— Motion to dismiss appeal denied, without prejudice, however, to a renewal thereof on the argument of the appeal. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ SILVIO POLITI v. IRVMAR REALTY CORP.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for defendant-respondent-appellant and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.